USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRIC KILKENNY,

               Plaintiff,

-v-

LAW OFFICE OF CUSHNER & GARVEY, L.L.P.,
TODD S. CUSHNER, TARRYTOWN
MANAGEMENT GROUP, INC., LAWRENCE A.
GARVEY, and JOHN DOES #1 AND 2,

               Defendants.

Case No. 08-CV-588 (KMK)

ORDER

---

KENNETH M. KARAS, District Judge:

    At the Pre-Motion Conference before the Court held on July 16, 2008 the Court adopted the following scheduling order:

> Defendant's Motion to Dismiss shall be served upon Plaintiff not later than September 10, 2008.

> Plaintiff's opposition papers shall be served upon opposing counsel not later than October 10, 2008.

> Reply papers shall be served upon Plaintiff not later than October 24, 2008.

> Sur-reply papers shall not be accepted or filed unless prior permission of the Court is given.

> Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.

> Counsel are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

> Courtesy copies are to be served on the opposing party/counsel by the assigned date. One courtesy copy of all papers shall also be sent to the Court at the time they are served upon opposing party/counsel.

If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

Dated:     July 16, 2008
           White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE